UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH M. BROWN (3413350)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 10-772-BAJ-SCR

**RULING**

The Court has carefully considered the Petition for Writ of Habeas Corpus, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated June 4, 2012 (doc. no. 19) and plaintiff's objection filed on July 3, 2012 (doc. 22).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, Joseph M. Brown's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody is denied.

Baton Rouge, Louisiana, this 25th day of July, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA